STATE OF CONNECTICUT *v.* DANIEL DIAZ

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 519 (AC 28177), is denied.

*Mark Diamond*, special public defender, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided September 25, 2008

JAMES DAVIS *v.* COMMISSIONER OF CORRECTION

The petitioner James Davis' petition for certification for appeal from the Appellate Court, 109 Conn. App. 92 (AC 28289), is denied.

*Martha Brooke Hansen*, special public defender, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided September 25, 2008